

MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for Dolgen Midwest, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Beverly Branch, an individual<br><br>Plaintiff,<br><br>vs.<br><br>Dolgen Midwest, LLC, a Foreign Limited-Liability Company; DOES 1 through X; and ROE Corporations XI through XX, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-1246-RFB-VCF<br><br>**Dolgen Midwest, LLC's Motion to Remove from Service List** |

Defendants request to remove attorney Virginia T. Tomova from the CM/ECF electronic service list. Ms. Tomova is no longer working this file.

DATED this 20th day of September, 2021.



BY: */s/ Michael Lowry*
MICHAEL P. LOWRY
Nevada Bar No. 10666
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Attorneys for Dolgen Midwest, LLC

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
Dated: September 27, 2021

258450850v.1

**Certificate of Service**

Pursuant to NRCP 5, I certify that I am an employee of Wilson Elser Moskowitz Edelman & Dicker LLP, and that on September 20, 2021, I served **Dolgen Midwest, LLC's Motion to Remove from Service List** as follows:

☐ by placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada;

☒ via electronic means by operation of the Court's electronic filing system, upon each party in this case who is registered as an electronic case filing user with the Clerk;

Brian E. Lunt
Edward M. Bernstein & Associates
500 South Fourth Street
Las Vegas, Nevada 89101
Attorneys for Beverly Branch

BY: _/s/ Amanda Hill_
An Employee of
**WILSON ELSER**
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

-2-

258450850v.1