

MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for Dolgen Midwest, LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| Beverly Branch, an individual<br><br>Plaintiff,<br><br>vs.<br><br>Dolgen Midwest, LLC, a Foreign Limited-Liability Company; DOES 1 through X; and ROE Corporations XI through XX, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-1246<br><br>**Stipulation and Order to Dismiss with Prejudice** |
|---|---|

The parties stipulate to dismiss all claims in case 2:20-cv-1246 with prejudice, each to bear their own fees and costs. No trial date has been set.

| WILSON ELSER | EDWARD M. BERNSTEIN & ASSOCIATES |
|---|---|
| /s/ Michael Lowry<br>MICHAEL P. LOWRY, ESQ<br>Nevada Bar No. 10666<br>6689 Las Vegas Blvd South, Suite 200<br>Las Vegas, NV 89119<br>Attorneys for Dolgen Midwest, LLC | /s/ Brian Lunt<br>BRIAN E. LUNT, ESQ.<br>Nevada Bar No. 11189<br>500 South Fourth Street<br>Las Vegas, NV 89101<br>Attorneys for Plaintiff |
| | IT IS SO ORDERED.<br>_____<br>RICHARD F. BOULWARE, II<br>UNITED STATES DISTRICT JUDGE<br>DATED this 26th day of August, 2022. |